# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:21-cr-056-5 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| ALISHA HUDSON | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count Five of the six-count Indictment; (2) accept Defendant's guilty plea to the lesser included offense of the charge in Count Five of the Indictment, that is, distribution of a mixture and substance containing methamphetamine (aiding and abetting), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. §§ 2; (3) adjudicate Defendant guilty of the lesser included offense of the charge in Count Five of the Indictment, that is, distribution of a mixture and substance containing methamphetamine (aiding and abetting), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. §§ 2; (4) defer a decision on whether to accept the plea agreement (Doc. 67) until sentencing; and (5) Defendant shall remain released on bond under appropriate conditions of release until sentencing in this matter (Doc. 89). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 89) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to Count Five of the six-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to the lesser included offense of the charge in Count Five of the Indictment, that is, distribution of a mixture and substance containing methamphetamine (aiding and abetting), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. §§ 2 is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count Five of the Indictment, that is, distribution of a mixture and substance containing methamphetamine (aiding and abetting), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. §§ 2;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** on bond under appropriate conditions of release in this matter which is scheduled to take place on **May 20, 2022 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**